IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-CR-30058-DWD |
| | ) |
| DARREN HALL, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM & ORDER**

**DUGAN, District Judge:**

On March 26, 2021, the United States filed a motion to authorize payment from the inmate trust account of Defendant Darren Hall (Doc. 31). Defendant did not respond to the Government's motion. On July 20, 2018, the Court sentenced Hall to a 70-month term of imprisonment and ordered him to pay a special assessment of $200.00 and a fine of $400.00 (Doc. 23). As of the date of the Government's motion, Hall had paid the special assessment and nothing towards the fine. However, after filing its motion, the Government now represents that Hall has made a payment of $25.00 towards his fine in March 2021, leaving an outstanding balance due on the fine of $375.00.

According to the United States, the Bureau of Prisons maintains in its possession, custody, or control $400.00 in encumbered funds belonging to Hall that are currently held in his trust account. Pursuant to 18 U.S.C. § 3664(n), a person who is obligated to pay restitution or a fine and who receives substantial resources from any person while incarcerated is "required to apply the value of such resources to any restitution or fine

still owed." The Court **FINDS** that Defendant still owes $375.00 on his fine.  For good cause shown, the Court **GRANTS** the motion to authorize payment from inmate trust account (Doc. 31).  The Bureau of Prisons is **AUTHORIZED** and **ORDERED** to turnover to the Clerk of this Court payment in the amount of $375.00. The Clerk of Court shall accept the funds currently held in the trust account for the following inmate:

> Darren Hall
> Reg. No. 14057-025
> USP Leavenworth
> P.O. Box 1000
> Leavenworth, KS 66048

The Clerk shall apply these funds as payment towards the criminal monetary penalties owed by the defendant in this case.  Payments shall be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.  The United States shall provide a copy of this Order to the Garnishee.

**SO ORDERED.**

Dated: May 6, 2021

/s/ David W. Dugan
DAVID W. DUGAN
United States District Judge